# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1910          **Short Title:** Rumbin v. Bessent, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Ellen R. Patterson _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Judah H. Rome _____          August 14, 2014 _____
Signature                                                    Date

Judah H. Rome _____
Name

Troutman Pepper Locke LLP          401-276-6433 _____
Firm Name (if applicable)                    Telephone Number

2800 Financial Plaza _____          _____
Address                                                    Fax Number

Providence, RI 02903 _____          judah.rome@troutman.com
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1215593 _____

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2026, I caused a true and accurate copy of the foregoing

to be electronically served via CM/ECF system.  Additionally, copies were sent via U.S. mail to

the following:

Peter R. Rumbin
87 Second Street
Hamden, CT 06514


*/s/ Judah H. Rome*
Judah H. Rome