# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1910 **Short Title:** Rumbin v. Bessent, et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
ROBERT N. HOCHMAN as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Alexandra Arnold
Signature

08/21/2026
Date

Alexandra Arnold
Name

Cloherty & Steinberg LLP
Firm Name (if applicable)

617-481-0160
Telephone Number

One Financial Center, Suite 1120
Address

Fax Number

Boston, MA 02111
City, State, Zip Code

aarnold@clohertysteinberg.com
Email (required)

Court of Appeals Bar Number: 1205706

Has this case or any related case previously been on appeal?

[ ] No [✔] Yes Court of Appeals No. Rumbin v. Duncan et al., No. 18-3488, 2019 WL 11689797 (2d Cir. July 8, 2019)

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I caused a true and accurate copy of the foregoing to be electronically served via CM/ECF system. Additionally, copies were sent via U.S. mail to:

Peter R. Rumbin
87 Second Street
Hamden, CT 06514

/s/ *Alexandra Arnold*
Alexandra Arnold