# United States Court of Appeals
## For the First Circuit

No. 26-1910

PETER R. RUMBIN,

Plaintiff - Appellant,

v.

SCOTT BESSENT, in the official capacity as Secretary of the Treasury; US DEPARTMENT OF EDUCATION, Office of the General Counsel; SHERI CANN, in the official capacity as CEO and President of F.H. Cann & Associates; ELLEN R. PATTERSON, in the official capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co.; ROBERT N. HOCHMAN, in the official capacity as Vice President and General Counsel of the University of Chicago,

Defendants - Appellees.

**ORDER OF COURT**

Entered: September 11, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon filing a notice of appeal, the appellant is required to pay the filing fee to the clerk of the district court in accordance with Fed. R. App. P. 3(e). Appellant is presently in default as to this filing. If appellant is indigent and unable to pay the fee, appellant may file a motion for leave to proceed in forma pauperis ("IFP") in the district court pursuant to Fed. R. App. P. 24. A compliant request for IFP status consists of a motion, fully completed Form 4, Financial Affidavit, and prison trust account statement, if incarcerated.

Unless this court is provided with notice of paying the filing fee to the clerk of the district court, or filing a motion seeking in forma pauperis status in the district court by **September 25, 2026**, this appeal will be dismissed for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Alexandra Arnold
Michael L. Fitzgerald
Abraham R. George
Donald Campbell Lockhart
Joseph Brennan Murphy
Judah H. Rome
Peter R. Rumbin