# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1910 **Short Title:** Rumbin v. Bessent, et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Scott Bessent, U.S. Dept. of Education as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Eve A. Piemonte
Signature

September 16, 2026
Date

Eve A. Piemonte
Name

U.S. Attorney's Office
Firm Name (if applicable)

617-748-3100
Telephone Number

1 Courthouse Way, Ste 9200
Address

Fax Number

Boston, MA, 02210
City, State, Zip Code

eve.piemonte@usdoj.gov
Email (required)

Court of Appeals Bar Number: 37638

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.________________________

============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).