# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 26-1910**

**PETER RUMBIN,**

**Plaintiff-Appellant**

**v.**

**SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.**

**Defendants-Appellees**

## DEFENDANTS-APPELLEES' MOTION FOR ORDER EXTENDING THE TIME TO OCTOBER 21, 2026 TO FILE A RESPONSIVE BRIEF

Defendants-Appellees Scott Bessent, in his official capacity, and the U.S. Department of Education ("Defendants" or "the government") respectfully move the Court for an order extending the due date for Defendants' responsive brief to October 21, 2026. This is Defendants' first request for an extension of time. In support of this motion, the government states:

1. Plaintiff-Appellant Peter Rumbin ("Rumbin") appeals from an order of the United States District Court for the District of Massachusetts granting Defendants' motion to dismiss his complaint.

2. On August 20, 2026, the Court ordered Rumbin to file an opening brief by September 29, 2026, and ordered Defendants to file a brief 30 days following service of Rumbin's brief. Rumbin tendered his brief on August 20, 2026; therefore,

Defendants' brief is due on or before September 21, 2026.[1]

3. On September 11, 2026, the Court issued a notice of default and intent to dismiss Rumbin's appeal due to his failure to pay the filing fee. The Court ordered that the required fee be paid by September 25, 2026, which occurs four days after Defendants' responsive brief is due. Defendants therefore request that the deadline for their brief occur after September 25, 2026, as Rumbin's failure to pay the filing fee would lead to the Court's dismissal of his case.

4. As further reasons for Defendants' request, the undersigned recently assumed responsibility for and filed a notice of appearance in this appeal following the departure from federal service of the Assistant U.S. Attorney who previously entered an appearance on Defendants' behalf. In the event Rumbin pays the filing fee and the Court does not dismiss his case, the undersigned requires further time to review the issues raised by Rumbin's appeal and to draft and file a responsive pleading.

5. This case is not presently scheduled for oral argument.

For these reasons, Defendants-Appellees Scott Bessent and the U.S. Department of Education respectfully request that the Court allow this motion and

[1] Thirty days from Rumbin's filing is Saturday, September 19, 2026, and therefore Defendants' brief is due Monday, September 21, 2026. Fed. R. App. P. 26(a)(1)(C).

extend the time by which Defendants must submit their brief to October 21, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Eve A. Piemonte*
Eve A. Piemonte (First Cir. Bar No. 37638)
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3100
Eve.Piemonte@usdoj.gov

**Certificate of Service**

I, Eve A. Piemonte, hereby certify that on September 17, 2026, a copy of the foregoing document was sent to Appellant Peter R. Rumbin as follows:

Peter R. Rumbin
87 Second Street
Hamden, CT 06514

*/s/ Eve A. Piemonte*
Eve A. Piemonte
Assistant U.S. Attorney