# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 26-1910**

**Peter Rumbin,**

**Plaintiff-Appellant**

**v.**

**SHERI CANN, in her official capacity as CEO and President of F.H. Cann & Associates, et al.**

**Defendants-Appellees**

## DEFENDANT-APPELLEE SHERRI CANN'S MOTION TO EXTEND TIME TO FILE RESPONSIVE BRIEF

Defendant-Appellee, Sheri Cann, in her official capacity as Chief Executive Officer and President of F.H. Cann & Associates ("Ms. Cann"), respectfully moves for an order extending the deadline to file her responsive brief from September 28, 2026, to October 29, 2026. In support of the good cause for this short extension, Ms. Cann states:

1. Plaintiff-Appellant Peter Rumbin ("Mr. Rumbin") appeals from the District of Massachusetts's order granting the Defendants-Appellees' respective motions to dismiss his complaint.

2. On August 20, 2026, the Court ordered Mr. Rumbin to file his opening brief by September 29, 2026. Mr. Rumbin filed his brief on August 20,

2026.

3. The Court then issued a briefing notice setting September 28, 2026, as the deadline for Appellees' responsive briefs. *See Appellee's Briefing Notice*, Entry ID 6838392.

4. On September 11, 2026, the Court issued Mr. Rumbin a notice of default and intent to dismiss his appeal due to his failure to pay the filing fee. The notice ordered Mr. Rumbin to pay the fee by September 25, 2026.

5. As of the date of this motion, the docket does not reflect this payment has been made.

6. A short extension will permit the Court to determine whether the appeal will be dismissed for nonpayment before Ms. Cann incurs the time and expense of preparing a responsive brief that may be unnecessary.

7. The requested extension will not prejudice any party as this case has not yet been scheduled for oral argument.

For these reasons, Defendant-Appellee, Ms. Cann, requests the Court allow this motion and extend the deadline for her responsive brief to October 29, 2026.

Respectfully submitted,

SHERI CANN, in her official capacity as CEO and President of F.H. Cann & Associates,

By her attorney,

Joseph P. Murphy (First Cir. # 1214470)
JP Murphy Law
101 Federal Street, Suite 1900
Boston, MA 02110
joe@jpmurphylaw.com
617-575-9764

September 22, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2026, I caused a true and accurate copy of the foregoing to be electronically served via CM/ECF system on the Defendants-Appellees. Additionally, a copy was sent via U.S. mail to:

Peter R. Rumbin 87 Second Street Hamden, CT 06514

Joseph P. Murphy