**No. 26-1910**

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

PETER R. RUMBIN,
Plaintiff-Appellant,

v.

SCOTT BESSENT, et al.,
Defendants-Appellees.

## DEFENDANT-APPELLEE ELLEN R. PATTERSON'S MOTION TO EXTEND TIME TO FILE RESPONSIVE BRIEF

Defendant-Appellee, Ellen R. Patterson, in her capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co. ("Ms. Patterson"), respectfully moves for an order extending the deadline to file her responsive brief from September 28, 2026 to October 29, 2026. In support of her Motion, Ms. Patterson states as follows:

1. Plaintiff-Appellant Peter Rumbin ("Mr. Rumbin") appeals from the District of Massachusetts's order granting the Defendants-Appellees' respective motions to dismiss his complaint.

2. On August 20, 2026, the Court ordered Mr. Rumbin to file his opening brief by September 29, 2026. Mr. Rumbin filed his brief on August 20, 2026.

3. The Court then issued a briefing notice setting September 28, 2026, as the deadline for Appellees' responsive briefs. *See* Appellee's Briefing Notice, Entry ID 6838392.

4. On September 11, 2026, the Court issued Mr. Rumbin a notice of default and intent to dismiss his appeal due to his failure to pay the filing fee. The notice ordered Mr. Rumbin to pay the fee by September 25, 2026.

5. As of the date of this motion, the docket does not reflect this payment has been made.

6. A short extension will permit the Court to determine whether the appeal will be dismissed for nonpayment before Ms. Patterson incurs the time and expense of preparing a responsive brief that may be unnecessary.

7. Additionally, the Court has already granted similar extensions to Defendant-Appellees Scott Bessent, the U.S. Department of Education, and Sheri Cann.

8. The requested extension will not prejudice any party as the briefing schedule for the other Defendant-Appellees has already been modified and this case has not yet been scheduled for oral argument.

For the reasons stated herein, good cause has been shown to allow Ms. Patterson's Motion. Ms. Patterson respectfully requests that this Court allow her Motion and extend the deadline for her responsive brief to October 29, 2026.

Respectfully submitted,

*/s/ Judah H. Rome*

Judah H. Rome, Esq. #1215593
TROUTMAN PEPPER LOCKE LLP
One Financial Plaza, Suite 2800
Westminster Street
Providence, RI 02903
Phone: (401) 276-6433
Email: judah.rome@troutman.com
*Attorney for Defendant-Appellee*
*Ellen R. Patterson*

Dated: September 28, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, I caused a true and accurate copy of the foregoing to be electronically served via CM/ECF system on the Defendant-Appellees. Additionally, a copy was sent via U.S. mail to:

Peter R. Rumbin
87 Second Street
Hamden, CT 06514

*/s/ Judah H. Rome*
Judah H. Rome, Esq. #1215593