September 22, 2026, Tuesday

Attention: Clerk of the Court, US Court of Appeals for the First Circuit, 1 Courthouse Way, Boston, Mass 02210

Doc. No.: 26-1910, P.R. Rumbin vs Scott Bessent et al (student loan case from Boston Superior Court)

Dear Clerk of the Court:

The plaintiff telephoned you but we were disconnected. You sent me a letter with Forma Pauperis form but I will not qualify for. Did you receive a payment with the briefs? The librarian could not discover what the court filing fee is on the court website information. Is it $500 dollars? Please contact me and inform me what is the fee that you require that is missing and plaintiff shall provide it to you. Thank you for your time and attention.

Very truly yours,

Peter R. Rumbin

87 Second ST.

Hamden, CT 06514

TEL NO: (203)-934-7077 c/o Marc Anthony Gallucci, director CDR, West Haven CT.

cc., enc.

RECEIVED FOR FILING
CLERK'S OFFICE
2026 SEP 25 P 12:09
U.S. COURT OF APPEALS
FOR THE FIRST CIRCUIT

617-748
9057
1 courthouse
way
Boston
02210

# United States Court of Appeals
## For the First Circuit

---

No. 26-1910

PETER R. RUMBIN,

Plaintiff - Appellant,

v.

SCOTT BESSENT, in the official capacity as Secretary of the Treasury; US DEPARTMENT OF EDUCATION, Office of the General Counsel; SHERI CANN, in the official capacity as CEO and President of F.H. Cann & Associates; ELLEN R. PATTERSON, in the official capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co.; ROBERT N. HOCHMAN, in the official capacity as Vice President and General Counsel of the University of Chicago,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: September 11, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon filing a notice of appeal, the appellant is required to pay the filing fee to the clerk of the district court in accordance with Fed. R. App. P. 3(e). Appellant is presently in default as to this filing. If appellant is indigent and unable to pay the fee, appellant may file a motion for leave to proceed in forma pauperis ("IFP") in the district court pursuant to Fed. R. App. P. 24. A compliant request for IFP status consists of a motion, fully completed Form 4, Financial Affidavit, and prison trust account statement, if incarcerated.

Unless this court is provided with notice of paying the filing fee to the clerk of the district court, or filing a motion seeking in forma pauperis status in the district court by **September 25, 2026**, this appeal will be dismissed for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

USMS Screened

HARTFORD CT 060

22 SEP 2026 PM 6 L

UNITED STATES OF AMERICA

FOREVER/USA

Clerk of the Court
US Court of Appeals For First Circuit
1 Court House Way
Boston, Mass 02210

02210-302599

Case: 26-1910 Document: 00118515520 Page: 3 Date Filed: 09/25/2026 Entry ID: 6847647