## CORPORATE DISCLOSURE STATEMENT

The University of Chicago is a not-for-profit corporation with no parent corporation, and no publicly held corporation owns 10% or more of its stock. Robert N. Hochman is an individual.