**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

**Appeal No. 26-1910**

**PETER RUMBIN,**

**Plaintiff-Appellant**

**v.**

**SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.**

**Defendants-Appellees**

**DEFENDANTS-APPELLEES' MOTION FOR ORDER EXTENDING THE TIME TO NOVEMBER 10, 2026 TO FILE A RESPONSIVE BRIEF**

Defendants-Appellees Scott Bessent, in his official capacity, and the U.S. Department of Education ("Defendants") respectfully move the Court for an order extending the due date for Defendants' responsive brief to November 10, 2026. This is Defendants' second request for an extension of time. In support of this motion, Defendants state:

1. Plaintiff-Appellant Peter Rumbin ("Rumbin") appeals from an order of the United States District Court for the District of Massachusetts granting Defendants' motion to dismiss his complaint.

2. On August 20, 2026, the Court ordered Rumbin to file an opening brief by September 29, 2026, and ordered Defendants to file a brief 30 days following service of Rumbin's brief. Rumbin tendered his brief on August 20, 2026.

3. On September 11, 2026, the Court issued a notice of default and intent to dismiss Rumbin's appeal due to his failure to pay the filing fee. The Court ordered that the required fee be paid by September 25, 2026, four days after Defendants' responsive brief originally was due.

4. On September 17, 2026, Defendants filed a motion requesting an extension of the deadline to file their responsive brief to October 21, 2026, to allow for a determination of whether Rumbin would tender payment of the filing fee as required by the Court, and whether Defendants would be required to file a responsive brief. The Court allowed the motion on September 21, 2026. Rumbin paid the filing fee on October 7, 2026.

5. Defendants request a second extension of time to file their responsive brief. The undersigned recently assumed responsibility for this appeal and has made attempts to become familiar with the issues presented in the case and on appeal, and to prepare Defendants' response. However, since first requesting an extension of time to file Defendants' responsive pleading, the undersigned became responsible for several unanticipated and unplanned litigation responsibilities arising out of the defense of immigration enforcement actions and challenges to agency policies, as well as unexpected deadlines on several cases for which the undersigned became responsible after the departure of several Assistant U.S. Attorneys from the office. For these reasons, Defendants request a second extension of time, to November 10,

2026, by which to file a response and to allow for internal review prior to filing.

6. This case is not presently scheduled for oral argument.

For the aforementioned reasons, Defendants-Appellees Scott Bessent and the U.S. Department of Education respectfully request that the Court allow this motion and extend the time by which Defendants must submit their brief to November 10, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Eve A. Piemonte*
Eve A. Piemonte (First Cir. Bar No. 37638)
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3100
Eve.Piemonte@usdoj.gov

**Certificate of Service**

I, Eve A. Piemonte, hereby certify that on October 19, 2026, a copy of the foregoing document was sent to counsel of record for all parties via the electronic filing system, and to Appellant Peter R. Rumbin as follows:

Peter R. Rumbin
87 Second Street
Hamden, CT 06514

*/s/ Eve A. Piemonte*
Eve A. Piemonte
Assistant U.S. Attorney