## CORPORATE DISCLOSURE STATEMENT[1]

WFBNA is a national banking association and is a wholly-owned subsidiary of WFC Holdings, LLC, which is a wholly-owned subsidiary of Wells Fargo & Company. The Vanguard Group, Inc. is listed as owning 10.43% of Wells Fargo & Company.

[1] Defendant-Appellee Ellen R. Patterson is being sued in her capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co. Accordingly, she provides the Court with Wells Fargo's corporate disclosure.