# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 26-1910**

**PETER RUMBIN,**

**Plaintiff-Appellant**

**v.**

**SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.**

**Defendants-Appellees**

## DEFENDANTS-APPELLEES' MOTION FOR ORDER EXTENDING THE TIME TO NOVEMBER 17, 2026 TO FILE A RESPONSIVE BRIEF

Defendants-Appellees Scott Bessent, in his official capacity, and the U.S. Department of Education ("Defendants") respectfully move the Court for an order extending the due date for Defendants' responsive brief for an additional seven (7) days to November 17, 2026. This is Defendants' third request for an extension of time. In support of this motion, Defendants state:

1. Plaintiff-Appellant Peter Rumbin ("Rumbin") appeals from an order of the United States District Court for the District of Massachusetts granting Defendants' motion to dismiss his complaint.

2. On August 20, 2026, the Court ordered Rumbin to file an opening brief by September 29, 2026, and ordered Defendants to file a brief 30 days following service of Rumbin's brief. Rumbin tendered his brief on August 20, 2026.

3. On September 11, 2026, the Court issued a notice of default and intent to dismiss Rumbin's appeal due to his failure to pay the filing fee. The Court ordered that the required fee be paid by September 25, 2026, four days after Defendants' responsive brief originally was due. For these reasons, on September 17, 2026, Defendants filed a motion requesting an extension of the deadline to file their responsive brief to October 21, 2026, to allow for a determination of whether Rumbin would tender payment of the filing fee as required by the Court, and whether Defendants would be required to file a responsive brief. The Court allowed the motion on September 21, 2026. Rumbin paid the filing fee on October 7, 2026. Defendants requested an extension of time to November 10, 2026, to file their brief, which the Court allowed.

4. Defendants now request a further seven-day extension of time to file their responsive brief. Although the undersigned has made substantial effort to become familiar with the issues presented in the case and on appeal, and to draft a responsive brief, further time is necessary to do so. This is due, in part, to the unprecedented number of cases for which the undersigned is or has become responsible. So although diligent efforts were made to complete a responsive brief within the time required, further time is necessary to prepare a brief and to provide for internal review. For these reasons, Defendants request a seven-day extension of time, to November 17, 2026, by which to file a response and to allow for internal

review prior to filing.

5. This case is not presently scheduled for oral argument.

For the aforementioned reasons, Defendants-Appellees Scott Bessent and the U.S. Department of Education respectfully request that the Court allow this motion and extend the time by which Defendants must submit their brief to November 17, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Eve A. Piemonte*
Eve A. Piemonte (First Cir. Bar No. 37638)
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3100
Eve.Piemonte@usdoj.gov

**Certificate of Service**

I, Eve A. Piemonte, hereby certify that on November 9, 2026, a copy of the foregoing document was sent to counsel of record for all parties via the electronic filing system, and to Appellant Peter R. Rumbin as follows:

Peter R. Rumbin
87 Second Street
Hamden, CT 06514

*/s/ Eve A. Piemonte*
Eve A. Piemonte
Assistant U.S. Attorney