# United States Court of Appeals
## For the First Circuit

---

No. 26-1910

PETER R. RUMBIN,

Plaintiff - Appellant,

v.

SCOTT BESSENT, in the official capacity as Secretary of the Treasury; US DEPARTMENT OF EDUCATION, Office of the General Counsel; SHERI CANN, in the official capacity as CEO and President of F.H. Cann & Associates; ELLEN R. PATTERSON, in the official capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co.; ROBERT N. HOCHMAN, in the official capacity as Vice President and General Counsel of the University of Chicago,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: November 9, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Scott Bessent and US Department of Education to file a brief be enlarged to and including **November 17, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Alexandra Arnold, Daniel J. Cloherty, Michael L. Fitzgerald, Abraham R. George, Donald Campbell Lockhart, Joseph Brennan Murphy, Eve A. Piemonte, Judah H. Rome, Peter R. Rumbin