## CORPORATE DISCLOSURE STATEMENT

F.H. Cann is a for-profit corporation with no parent corporation, and no publicly held corporation owns 10% or more of its stock. Sheri Cann is an individual.